TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $480,000.00 IN U.S. CURRENCY | Case No. 2:21-CM-00248<br><br>STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

It is hereby stipulated by and between the United States of America ("United States" or "the government"), on the one hand, and claimants (the "claimants", who wish to remain anonymous), on the other hand, by and through their respective attorneys, as follows:

1.   Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on June 24, 2021, claimants filed claims in the FBI

administrative forfeiture proceedings to $480,000.00 in U.S. Currency (United States Asset Identification Number 21-FBI-003275) (the "property.")

2.   It is the United States' position that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be September 22, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 22, 2021 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5.   Claimants knowingly, intelligently, and voluntarily gives up any right claimants may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint

for forfeiture against the property alleging that the property is subject to forfeiture by September 22, 2021 and any right claimants may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to November 22, 2021.

SO STIPULATED.

DATED: September 21, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
United States of America

DATED: September 21, 2021

ANAND LAW GROUP, P.C.

/s/ Harvinder Anand
HARVINDER S. ANAND
Attorney for Claimants

*[handwritten notations: "Rodgers /s/ 9-21-21 email authorization"]*

3

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **September 21, 2021,** I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

 **X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Harvinder S. Anand**
> **Anand Law Group, P.C.**
> **790 E. Colorado Blvd., Suite 900**
> **Pasadena, CA 91101**
> **harv@anandlawgroup.com**
>
> **Attorneys for**
> **CLAIMANTS**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **September 21, 2021** at Los Angeles, California.

/s/ Helen Wu
**HELEN WU**
Senior Paralegal