UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $480,000.00 IN U.S. CURRENCY | Case No. 2:21-CM-00248<br><br>[~~PROPOSED~~] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

respect to $480,000.00 in U.S. Currency shall be extended to January 31, 2022.

DATED: November 22, 2021

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
United States of America

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **November 19, 2021,** I served a copy of: **[PROPOSED] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

 **X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Harvinder S. Anand**
> **Anand Law Group, P.C.**
> **790 E. Colorado Blvd., Suite 900**
> **Pasadena, CA 91101**
> **harv@anandlawgroup.com**
>
> **Attorneys for**
> **CLAIMANTS**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **November 19, 2021** at Los Angeles, California.

                                        /s/ Helen Wu
                                        **HELEN WU**
                                        Senior Paralegal